# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN BREACH** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 23-1493** |
| | : | |
| **LOADSMART, INC.** | : | |

## ORDER

This 30th day of January, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Transfer Venue, ECF 5, is **GRANTED**. It is further hereby **ORDERED** that the Clerk of Court is directed to **TRANSFER** the above-captioned case to the U.S. District Court for the Southern District of New York.

    /s/ Gerald Austin McHugh
United States District Judge